

MAR 2 7 2013

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| MELISSA ANN SAM | CIVIL ACTION NO. 6:12-cv-2825 |
| VS. | SECTION P |
| | JUDGE RICHARD T. HAIK, SR. |
| SHERIFF'S OFFICE, ST. MARTIN PARISH, ET AL. | MAGISTRATE JUDGE C. MICHAEL HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action filed pursuant to 42 U.S.C. §1983 is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. §1915(e)(2)(B)(i).

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this 27th day of March, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE